```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 00616
    VERONICA PATTERSON
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7435


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/07/04 and confirmed on 04/22/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  43345.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
MONTEREY FINANCIAL SVCS    SECURED               500.00        52.33         500.00
MORTGAGE CLEARING CORP     CURRENT MORTG            .00          .00            .00
MORTGAGE CLEARING CORP     MORTGAGE ARRE       33650.95          .00       33650.95
ACS INC                    UNSECURED          NOT FILED         .00            .00
CAROL STREAM FIRE DEPT     UNSECURED          NOT FILED         .00            .00
CENTRAL DUPAGE HOSPITAL    UNSECURED          NOT FILED         .00            .00
CASH FLOW CONSULTANTS      UNSECURED          NOT FILED         .00            .00
CFG CREDIT                 UNSECURED          NOT FILED         .00            .00
CITY CHEVROLET             UNSECURED          NOT FILED         .00            .00
COMCAST DIGITAL PHONE SV   UNSECURED          NOT FILED         .00            .00
CROSS COUNTRY BANK         UNSECURED          NOT FILED         .00            .00
EMERGENCY HEALTHCARE PHY   UNSECURED          NOT FILED         .00            .00
FOREST GLEN APTS           UNSECURED          NOT FILED         .00            .00
GMAC PAYMENT CENTER        UNSECURED            7542.27         .00          754.23
GROVE DENTAL ASSOCIATES    UNSECURED          NOT FILED         .00            .00
HARVARD COLLECTION SERVI   UNSECURED          NOT FILED         .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED             881.49         .00           88.15
ILLINI CASH ADVANCE INC    UNSECURED          NOT FILED         .00            .00
ILLINOIS DEPT PUBLIC AID   UNSECURED            1415.00         .00          141.50
LENDER SERVICE FINANCE     UNSECURED          NOT FILED         .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
LOYOLA UNIVERSITY & HOSP   UNSECURED          NOT FILED         .00            .00
LOYOLA UNIVERSITY MEDICA   UNSECURED          NOT FILED         .00            .00
LOYOLA UNIVERSITY MEDICA   UNSECURED          NOT FILED         .00            .00
LOYOLA UNIVERSITY MEDICA   UNSECURED          NOT FILED         .00            .00
LOYOLA UNIVERSITY MEDICA   UNSECURED          NOT FILED         .00            .00
MALCOLM S GERALD           UNSECURED          NOT FILED         .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED          NOT FILED         .00            .00
```

```
MERCURY FINANCE CO         UNSECURED       5923.17             .00         592.32
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED            .00            .00
PAYDAY LOAN                UNSECURED      NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       1321.19             .00         132.12
RECEIVABLES MANAGEMENT I   UNSECURED        150.00             .00          15.00
RPI                        UNSECURED      NOT FILED            .00            .00
RPM COLLECTION             UNSECURED      NOT FILED            .00            .00
UNITED STUDENT AID FUNDS   UNSECURED      10114.72             .00        1011.47
T MOBILE                   FILED LATE          .00             .00            .00
TCF NATIONAL BANK          UNSECURED        389.73             .00          38.97
TELECHECK                  UNSECURED      NOT FILED            .00            .00
TRI COUNTY ACCOUNTS        UNSECURED      NOT FILED            .00            .00
WEXLER & WEXLER            UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1356.15             .00         135.62
ILLINOIS STUDENT ASSIST    UNSECURED       9677.94             .00         967.79
     Summary of disbursements:
-----------------------------------------------------------------------------------
                     SECURED       PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  34150.95           .00      38771.66          .00      72922.61
PRINCIPAL PAID      34150.95           .00       3877.17          .00      38028.12
INTEREST PAID          52.33           .00            .00         .00         52.33
TOTAL PAID          34203.28           .00       3877.17          .00      38080.45
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   4562.50
and was paid $   1003.80   direct and $   3558.70   through the plan.

The Trustee received $   1651.50 .

Refunds to the Debtor totaled $      54.35 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/14/07                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                          PAGE   3
     CASE NO. 04 B 00616 VERONICA PATTERSON
```